Elizabeth GAYLE, appellant, v. Boyd
GAYLE, appellee.

No. 9753.

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 9, 1948.

Decided Nov. 30, 1948.

Mr. H. Clifford Allder, of Washington, D. C., with whom Mr. Charles E. Ford, of Washington, D. C., was on the brief, for appellant.

Mr. Samuel R. Blanken, of Washington, D. C., with whom Mr. Morris Benson, of Washington, D. C., was on the brief, for appellee.

Before EDGERTON, CLARK, and WILBUR K. MILLER, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.